IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICK RYAN HENSLEY
ADC #149259                                                                PLAINTIFF

v.                            No. 5:19-cv-367-DPM

FLORIA WASHINGTON, Classification
Officer, Varner Unit;   BRANDON
CARROLL, Major, Varner Unit;
and JAMES GIBSON, Warden, Varner Unit              DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 32*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 28*, granted. Hensley's complaint will be dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 April 2020