# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

NICK RYAN HENSLEY
ADC #149259                                                                PLAINTIFF

v.                              No. 5:19-cv-367-DPM

FLORIA WASHINGTON, Classification
Officer, Varner Unit;   BRANDON
CARROLL, Major, Varner Unit;
and JAMES GIBSON, Warden, Varner Unit                  DEFENDANTS

## JUDGMENT

Hensley's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 April 2020